FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAN - 4 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

DARRYL MAYHORN,                   )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )        No. 4:99CV1930-DJS
                                  )
MONSANTO COMPANY,                 )
                                  )
            Defendant.            )

ORDER

On January 3, 2000, the parties filed a consent agreement and motion to remand case, requesting that the Court remand the instant action to the Circuit Court of St. Louis County. On December 29, 1999, the Court issued an order remanding this case to the Circuit Court of St. Louis County, pursuant to 28 U.S.C. §1446(c)(4). Accordingly,

**IT IS HEREBY ORDERED** that the parties' motion to remand case [Doc. #11] is denied as moot.

Dated this ____4ᵗʰ____ day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 01/04/00 by dbraun
                 4:99cv1930    Mayhorn vs Monsanto Company

42:2000e  Job Discrimination (Employment)

Larry Hale -  3309                   Fax: 314-231-4072
Andrew Pickens -  62688              Fax: 314-231-4072
Lisa Van Amburg -  4597              Fax: 314-872-7017



                         .




                              SCANNED & FAXED BY:

                                JAN - 4 2000

                                U. M. W.